IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN KARL BOHMAN,

    Petitioner,                    No. CIV S-10-0446 DAD P

    vs.

FRANCISCO J. QUINTANA,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a federal prisoner proceeding pro se. He has filed this civil action on a form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

        A review of petitioner's claims for relief reveals that he is not challenging the execution of his sentence or the fact or duration of his confinement. Rather, he is challenging the conditions of his confinement. For example, in his form petition plaintiff sets forth claims concerning inadequate medical care and interference with his religious practices.

        Moreover, petitioner's allegations relate to events that allegedly took place at the United States Penitentiary - Victorville in San Bernardino County. San Bernardino County is in an area embraced by the United States District Court for the Central District of California. Accordingly, in the interest of justice, the court will transfer the matter to the district where plaintiff's civil rights claims could be properly brought. <u>See</u> 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: March 4, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bohm0446.108mod